*OHOc*
*Distributed*
*Cu*

DATE OF DECISION
JUN 2 ~ 2010

**No. 08-4243**

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et al.*, | ) ) ) | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) | |
| v. | ) ) | Nos.   1:08-CV-03696 |
| VILLAGE OF OAK PARK, *et al.*, | ) ) | The Honorable Milton I. Shadur, |
| Defendants-Appellees. | ) ) | Judge Presiding |

### CIRCUIT RULE 54 STATEMENT OF POSITION

Pursuant to Local Circuit Rule 54, the National Rifle Association of America, Inc., Robert Klein Engler and Dr. Gene A. Reisinger, by and through their attorneys, Freeborn & Peters LLP and Stephen P. Halbrook, respectfully state that this Court should vacate its prior judgment affirming the district court's entry of judgment on the pleadings on Counts I and II of the complaint, and remand the case to the United States District Court for the Northern District of Illinois for further proceedings consistent with the Supreme Court's decision in *McDonald v. City of Chicago*, 561 U.S. ___, 130 S. Ct. 3020 (2010).

Dated: August 20, 2010

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER and GENE A. REISINGER**

By: _____
William N. Howard
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6415
Facsimile:  (312) 360-6996

U.S.C.A. - 7th Circuit
FILED
AUG 2 0 2010 COD
GINO J. AGNELLO
CLERK

Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA   22030
Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of*
*America, Inc., Robert Klein Engler*
*and Dr. Gene A. Reisinger*
*Case No. 08-4243*

2106203

# CERTIFICATE OF SERVICE

Daniel S. Dooley, an attorney, certifies that, on August 20, 2010, I caused true and correct copies of the foregoing Circuit Rule 54 Statement of Position and accompanying Notice of Filing to be served upon the parties on the attached service list by placing said documents in an envelope correctly addressed to the below named and placing said envelope with the United States Post Office at 311 South Wacker Drive, Chicago, Illinois.


Daniel S. Dooley

## SERVICE LIST

Alan Gura
Gura & Possessky, PPLC
101 North Columbus Street
Suite 405
Alexandria, VA 22314
Tel:    (703) 835-9085
Fax:    (703) 997-7665

David G. Sigale
Law Firm of David G. Sigale, P.C.
4300 Commerce Court
Suite 300-3
Lisle, IL 60532
Tel:    (630) 452-4547
Fax:    (630) 596-4445

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago – Department of Law
Constitutional and Commercial
Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
Tel:    (312) 744-4342
Fax:    (312) 742-3925

Charles F. Smith
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 407-7000

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 3000
Chicago, IL 60602
Tel:    (312) 781-1970

Roger Huebner
General Counsel
Illinois Municipal League
500 East Capitol Avenue
P.O. Box 5180
Springfield, IL 62701
(217) 525-1220

Mara S. Georges
Myriam Zreczny Kasper
Suzanne M. Loose
City of Chicago – Department of Law
Constitutional and Commercial
Litigation Division
30 North LaSalle Street, Suite 800
Chicago, IL 60602
Tel:    (312) 744-7764
Fax:    (312) 744-3588

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, IL 60093
(847) 501-6000

J. Patrick Hanley
Corporation Counsel
Village of Skokie
5127 Oaktown Street
Skokie, IL 60077
(847) 933-8270

Clifford M. Sloan
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

Ryan Hagglund
Anand Viswanathan
Four Times Square
New York, NY 10036
(212) 735-3000

David B. Kopel
Independence Institute
Suite 400
13952 Denver West Parkway
Golden, CO 80401

Anthony B. Sanders
Arnold & Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604

Maureen Martin
The Heartland Institute
19 South LaSalle Street
Suite 903
Chicago, IL 60603

Professor Nelson Lund
George Mason University
School of Law
3301 Fairfax Drive
Arlington, VA 22201

William H. Mellor
Clark M. Neily III
Robert J. McNamara
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

Stefan Bijan Tahmassebi
3117 Woodland Lane
Alexandria, VA 22309

Professor Robert Cottrol
George Washington University
Law School
2000 H Street, N.W.
Washington, DC 20052

Elizabeth B. Wydra
Douglas T. Kendall
David H. Gans
Constitutional Accountability Center
1301 Connecticut Avenue, N.W.
Suite 502
Washington, DC 20036

John Daniel Reaves
General Counsel
United States Conference of Mayors
1620 I Street N.W.
Washington, DC 20006

Gaines & Puljic, Ltd.
Of Counsel: Peter Ordower
10 South LaSalle Street
Suite 3500
Chicago, IL 60613

Raymond L. Heise
123 Madison Street
Oak Park, Ilinois 60302

Hans Germann
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Matthew M. Shors
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006

Charles Dyke
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111-3600

No. 08-4243

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et al.*, | ) ) ) | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | Nos.  1:08-CV-03696 |
| VILLAGE OF OAK PARK, *et al.*, | ) ) ) | The Honorable Milton I. Shadur, |
| Defendants-Appellees. | ) ) | Judge Presiding |

**NOTICE OF FILING**

TO:  See attached service list

PLEASE TAKE NOTICE that on this 20th day of August 2010, we caused to be filed with the Clerk for the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois 60604, Plaintiffs-Appellants' Circuit Rule 54 Statement of Position, a copy of which is attached and hereby served upon you.

Dated: August 20, 2010

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER and GENE A. REISINGER**

By: _____

William N. Howard
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6415
Facsimile:  (312) 360-6996

Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA  22030

Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of*
*America, Inc., Robert Klein Engler*
*and Dr. Gene A. Reisinger*
*Case No. 08-4243*

## SERVICE LIST

Alan Gura
Gura & Possessky, PPLC
101 North Columbus Street
Suite 405
Alexandria, VA  22314
Tel:     (703) 835-9085
Fax:     (703) 997-7665

David G. Sigale
Law Firm of David G. Sigale, P.C.
4300 Commerce Court
Suite 300-3
Lisle, IL 60532
Tel:     (630) 452-4547
Fax:     (630) 596-4445

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago – Department of Law
Constitutional and Commercial
Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
Tel:     (312) 744-4342
Fax:     (312) 742-3925

Charles F. Smith
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 407-7000

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 3000
Chicago, IL 60602
Tel:     (312) 781-1970

Roger Huebner
General Counsel
Illinois Municipal League
500 East Capitol Avenue
P.O. Box 5180
Springfield, IL 62701
(217) 525-1220

Mara S. Georges
Myriam Zreczny Kasper
Suzanne M. Loose
City of Chicago – Department of Law
Constitutional and Commercial
Litigation Division
30 North LaSalle Street, Suite 800
Chicago, IL 60602
Tel:     (312) 744-7764
Fax:     (312) 744-3588

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, IL 60093
(847) 501-6000

J. Patrick Hanley
Corporation Counsel
Village of Skokie
5127 Oaktown Street
Skokie, IL 60077
(847) 933-8270

Clifford M. Sloan
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

Ryan Hagglund
Anand Viswanathan
Four Times Square
New York, NY 10036
(212) 735-3000

David B. Kopel
Independence Institute
Suite 400
13952 Denver West Parkway
Golden, CO 80401

Anthony B. Sanders
Arnold & Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604

Maureen Martin
The Heartland Institute
19 South LaSalle Street
Suite 903
Chicago, IL 60603

Professor Nelson Lund
George Mason University
School of Law
3301 Fairfax Drive
Arlington, VA 22201

William H. Mellor
Clark M. Neily III
Robert J. McNamara
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

Stefan Bijan Tahmassebi
3117 Woodland Lane
Alexandria, VA 22309

Professor Robert Cottrol
George Washington University
Law School
2000 H Street, N.W.
Washington, DC 20052

Elizabeth B. Wydra
Douglas T. Kendall
David H. Gans
Constitutional Accountability Center
1301 Connecticut Avenue, N.W.
Suite 502
Washington, DC 20036

John Daniel Reaves
General Counsel
United States Conference of Mayors
1620 I Street N.W.
Washington, DC 20006

Gaines & Puljic, Ltd.
Of Counsel: Peter Ordower
10 South LaSalle Street
Suite 3500
Chicago, IL 60613

Raymond L. Heise
123 Madison Street
Oak Park, Ilinois 60302

Hans Germann
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Matthew M. Shors
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006

Charles Dyke
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111-3600